BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 498-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-cr-00135-AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO CONTINUE JURY TRIAL AND |
| | ) | ORDER TO EXCLUDE TIME |
| TIMOTHY BERNARD BAUM, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties request that the following dates may be continued:

| **EVENT** | **CURRENT DATE** | **NEW DATE** |
|---|---|---|
| Trial Confirmation and Motions in Limine | 8/6/2012 | 11/5/2012 |
| Jury Trial | 9/11/2012 | 12/11/2011 |

They stipulate that the time between September 11, 2012 and December 11, 2012 should be excluded from the calculation of time under the Speedy Trial Act because of the unavailability of an essential witness. 18 U.S.C. § 3161(h)(3)(A). Specifically, the

1

government's case agent, Paul Miramontes, will be unavailable on September 11, 2012. He is expecting the birth of his first baby and he will be off of work on paternity leave from August through the beginning of November. As case agent, Special Agent Miramontes conducted interviews of many of the government's witnesses.

The parties further stipulate and agree that the pretrial order may be amended to change the following dates:

| **EVENT** | **CURRENT DUE DATE** | **NEW DUE DATE** |
|---|---|---|
| Motions in limine | 6/18/2012 | 9/17/2012 |
| Response | 7/16/2012 | 10/15/2012 |
| Reply | 7/30/2012 | 10/29/2012 |
| Trial documents | 9/6/2012 | 12/6/2012 |

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: February 27, 2012        By:     /s/ Mark J. McKeon
                                       MARK J. McKEON
                                       Assistant U.S. Attorney

DATE: February 27, 2012                 /s/ Anthony P. Capozzi
                                       ANTHONY P. CAPOZZI
                                       Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:    February 27, 2012            _____
                                       CHIEF UNITED STATES DISTRICT JUDGE